IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr200-MEF |
| CARLOS ROGERS | ) | |

**ORDER**

For good cause, it is

ORDERED that pursuant to the Government's Motion for Detention (filed September 28, 2007,) a detention hearing is set for **October 9, 2007, at 10:30 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing. It is further

ORDERED that an arraignment for the defendant be held October 9, 2007, at 10:30 a.m.

DONE this 1st day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE