IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr200-MEF |
| CARLOS ROGERS | ) | |

**ORDER**

For good cause,

It is ORDERED that the detention and arraignment hearings currently set for October 9, 2007 at 10:30 a.m. are hereby reset for **October 10, 2007 at 9:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending these hearings, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearings.

DONE, this 4th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE