IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-200-MEF |
| | ) | |
| CARLOS ROGERS | ) | |

### PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Carlos Rogers, into the custody of Eddie Spivey, HIDTA, from December 10, 2007, through March 10, 2008, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Eddie Spivey, HIDTA, to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 7th of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-200-MEF |
| | ) | |
| CARLOS ROGERS | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

                                                          LEURA G. CANARY
                                                          UNITED STATES ATTORNEY

                                                          /s/ Stephen P. Feaga
                                                          STEPHEN P. FEAGA
                                                          Assistant United States Attorney
                                                          131 Clayton Street
                                                          Montgomery, Alabama 36104
                                                          334.223.7280
                                                          334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-200-MEF |
| | ) | |
| CARLOS ROGERS | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on December 7, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Carlos Rogers, to Eddie Spivey, HIDTA, on December 10, 2007, through March 10, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Eddie Spivey, HIDTA, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

DONE this the _____ day of December, 2007.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE