IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-200-MEF |
| | ) | |
| CARLOS ROGERS | ) | |

## ORDER ON MOTION

Upon consideration of the government's motion for release of prisoner (Doc. #18), filed on December 7, 2007, and for good cause, it is

ORDERED that the motion (Doc. #18) is GRANTED. It is further

ORDERED that the United States Marshals Service release custody of Carlos Rogers, to Eddie Spivey, HIDTA, on December 10, 2007, through March 10, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is further

ORDERED that Eddie Spivey, HIDTA, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

DONE this 7th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE