**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO.: 2:07-cr-200-MEF** |
| | **)** | |
| **CARLOS ROGERS** | **)** | |

**<u>NOTICE OF APPEARANCE</u>**

    **COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance on

behalf of Defendant, **CARLOS ROGERS**, in the above-styled case.

    Dated this 15th day of January, 2008.

               Respectfully submitted,


               <u>s/ Michael J. Petersen</u>
               MICHAEL J. PETERSEN
               Assistant Federal Defender
               201 Monroe Street, Suite 407
               Montgomery, Alabama 36104
               Phone: (334) 834-2099
               Fax: (334) 834-0353
               E-mail: michael_petersen@fd.org
               ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO.: 2:07-cr-200-MEF** |
| | **)** | |
| **CARLOS ROGERS** | **)** | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christa Deegan, AUSA

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M