AO 245B   (Rev. 06/05) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: **CARLOS ROGERS**
CASE NUMBER: **2:07CR200-MEF-01**

**RETURNED AND FILED**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

JUL 18 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**Ninety six (96) months.**

X The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.
   The Court further recommends that defendant be designated to a facility where the defendant may pursue obtaining his GED.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  7/2/08  to  FCF MMP
at  Marianna  , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL